**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    In re MarOpCo, Inc.

Appellate case number:  01-16-00494-CV

Trial court case number:  2015-35950

Trial court:             11th District Court of Harris County


On June 21, 2016, relator, MarOpCo, Inc., filed a petition for a writ of mandamus. MarOpCo also has filed an "Emergency Motion for Temporary Relief," requesting a stay of the trial court's June 17, 2016 order. The motion is **denied**.

It is so ORDERED.


Judge's signature: /s/ Terry Jennings

               ☒  Acting individually           ☐  Acting for the Court

Date: June 24, 2016